# UNITED STATES DISTRICT COURT
for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

ALEXANDER HEIFLER
*Defendant*

MAGISTRATE JUDGE: STACEY D. ADAMS

CASE NO. 26-mj-15052-SDA-1

DATE OF PROCEEDINGS: 3/27/2026

DATE OF ARREST: _____

**PROCEEDINGS:** I/A ON COMPLAINT

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [x] APPT. OF COUNSEL: [x] AFPD   [ ] CJA
- [x] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [x] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [x] ORDER OF DETENTION
- [x] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:_____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] BRADY ORDER ON THE RECORD
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE:_____
DATE:_____
DATE:_____
DATE:_____
DATE:_____

**APPEARANCES:**

AUSA: TIMOTHY LANNI

DEFT. COUNSEL: LINDA FOSTER

PROBATION:_____

INTERPRETER_____
Language:

TIME COMMENCED: 2:58 PM
TIME TERMINATED: 3:05 PM
CD NO: ECR

Jackeline Barco
DEPUTY CLERK