**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                Case No.: 2:26−mj−15052−SDA

                                Magistrate Judge Stacey D. Adams

ALEXANDER HEIFLER

                     Defendant.

## ORDER APPOINTING PUBLIC DEFENDER

    The financial inability of the defendant to retain counsel and having been established by the Court, and the defendant not having waived the appointment of counsel,

    **IT IS** on this 27th day of March, 2026,

    **ORDERED** that 3/27/2026 from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

                                      s/ Magistrate Judge Stacey D. Adams

                                      United States Magistrate Judge