**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stacey D. Adams, U.S.M.J. |
| | : | |
| v. | : | Mag. No. 26-MJ-15052 |
| | : | |
| ALEXANDER HEIFLER | : | **JOINT MOTION TO CONTINUE** |
| | : | **SPEEDY TRIAL DEADLINE** |

The United States of America, by its attorneys, Robert Frazer, United States Attorney and Timothy M. Lanni, Assistant United States Attorney, and counsel for defendant, Steve Gordon, Esq. respectfully request a continuance in this matter. In support of this motion, the parties states as follows:

1.      This matter is currently charged by complaint and the expiration of the Speedy Trial Act deadline is currently April 26, 2026. The parties now move for an additional 60 day continuance under the Speedy Trial Act to indict or file an information.

2.      Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

3.      Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

4.      The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

5.      The defendant, through counsel, has consented to this continuance.

- 2 -

6.    A proposed order for continuance is also attached to this motion.


                                    ROBERT FRAZER
                                    UNITED STATES ATTORNEY


                                    */s/ TIMOTHY M. LANNI*
                              By:  TIMOTHY M. LANNI
                                    Assistant U.S. Attorney

Dated: March 30, 2026

- 2 -